IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILLIPS/MAY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-47C |
| ) | (Judge Miller) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAWN S. CONRAD as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: February 13, 2006

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7562
Fax: (202) 305-7643

CERTIFICATE OF FILING

I hereby certify that on February 13, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad