# In the United States Court of Federal Claims

| | |
|---|---|
| PHILLIPS/MAY CORPORATION, Plaintiff, | No. 06-47 C |
| v. | Filed March 10, 2006 |
| THE UNITED STATES, Defendant. | |

## ORDER

On March 10, 2006, defendant filed an unopposed motion for an enlargement of time of 30 days, to and including April 19, 2006, within which to file an answer or otherwise respond to plaintiff's complaint. Defendant's answer is currently due on March 20, 2006. Defendant's counsel represents that she is awaiting the required litigation report from the Department of the Navy, the interested agency of defendant in this action, and therefore requires additional time to prepare the Government's response. This is defendant's first request for an enlargement of time for this purpose.

In light of the foregoing, and because plaintiff does not oppose it, defendant's motion for enlargement of time is GRANTED. Defendant shall file an answer, or otherwise respond to the complaint as allowed by the Rules of the Court of Federal Claims, on or before **Wednesday, April 19, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge