# In the United States Court of Federal Claims

PHILLIPS/MAY CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-47 C

Filed April 11, 2006

**ORDER**

On April 10, 2006, the parties filed a joint motion for suspension of proceedings requesting that the Court stay further proceedings in this case pending a final decision of the contracting officer on the claim underlying plaintiff's complaint. Pursuant to 41 U.S.C. § 605(c)(5), the Court may stay proceedings in a Contract Disputes Act suit such as this case, which is commenced on the basis of a deemed denial of a contract claim, in order to obtain a decision on the claim by the contracting officer. The parties believe that a final decision of the contracting officer on plaintiff's November 7, 2003 certified claim would be helpful to both the parties and the Court due to the multiple factual allegations set forth in plaintiff's complaint and the fact that the parties have already been before the Armed Services Board of Contract Appeals with multiple claims relating to the same contract.

In light of the above, the parties' motion for suspension of proceedings is hereby GRANTED. The Court ORDERS that the above-captioned case shall be STAYED pending a final decision of the contracting officer on plaintiff's November 7, 2003 certified claim. The Court FURTHER ORDERS that the contracting officer shall issue a final decision on plaintiff's certified claim within 60 days from the date of this Order. The Court FURTHER ORDERS that the parties shall file a joint status report within 30 days of the issuance of the contracting officer's final decision, proposing a schedule for further proceedings in this matter.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge