IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIPS/ MAY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-47C<br>(Judge G. Miller) |

**JOINT STATUS REPORT**

Pursuant to this Court's order of April 11, 2006, the parties respectfully submit the following joint status report. On April 11, 2006, this Court suspended the proceedings in this case to permit the contracting officer to issue a final decision on plaintiff's November 7, 2003 certified claim. The parties report that, on June 9, 2006, the contracting officer issued his final decision, denying plaintiff's November 7, 2003 claim in its entirety. The June 9, 2006 final decision of the contracting officer is attached to this status report.

The parties propose the following schedule for further proceedings: on or before July 31, 2006, defendant will file an answer to the complaint filed in this Court on January 19, 2006. After defendant files its answer, the parties propose that the case proceed pursuant to the Rules of this Court, including Appendix A to the Rules of the United States Court of Federal Claims ("RCFC").

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/David A. Tomlinson
DAVID A. TOMLINSON
5716 Tee Box Court
Granbury, TX 76049
Tel: (817) 578-8199

Attorney for Plaintiff

Dated: July 10, 2006

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

OF COUNSEL:

TRACY M. HUMPHREY
Senior Trial Attorney
Naval Facilities Engineering Command
Washington Navy Yard, D.C. 20374-5051

Dated: July 10, 2006

Electronically filed,
July 10, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad