# In the United States Court of Federal Claims

| | |
|---|---|
| PHILLIPS/MAY CORPORATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-47 C<br><br>Filed July 13, 2006 |

**ORDER**

On April 11, 2006, the Court granted the parties' motion to stay further proceedings in this case pending a final decision of the contracting officer on the claim underlying plaintiff's complaint pursuant to 41 U.S.C. § 605(c)(5). On July 10, 2006, the parties filed a joint status report stating that the contracting officer issued his final decision, denying plaintiff's claim in its entirety, on June 9, 2006. The parties proposed that defendant file an answer to plaintiff's complaint on or before July 31, 2006.

In light of the above, the Court hereby ORDERS that defendant shall file an answer to plaintiff's complaint by **Monday, July 31, 2006**. The Court FURTHER ORDERS that the parties shall participate in a telephonic status conference on **Friday, August 4, 2006 at 2:00 p.m. EDT** to discuss the nature and timing of further proceedings in this case. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge