# In the United States Court of Federal Claims

| | |
|---|---|
| PHILLIPS/MAY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-47 C<br><br>Filed August 4, 2006 |

**ORDER**

Pursuant to the Court's Order filed July 13, 2006, the parties and the Court participated in a telephonic status conference on August 4, 2006 in order to discuss the parties' contentions and the nature and timing of further pre-trial proceedings. In consideration of that discussion, the Court ORDERS:

1) The stay of proceedings imposed by this Court's Order of April 11, 2006 shall be, and the same hereby is, terminated.

2) The parties shall file a Joint Preliminary Status Report ("JPSR") on or before September 21, 2006. In addition to the matters required to be covered by paragraphs 4 and 5 of Appendix A of the Rules of the Court of Federal Claims ("Appendix A"), the parties shall state in the JPSR whether they believe they need to conduct pre-trial discovery, and, if so, they shall describe with particularity the discovery they wish to conduct and explain their reasons for wishing to conduct it. The Government shall also state whether it intends to file a motion for summary judgment, and, if so, it shall describe with particularity the bases therefor and shall identify what claims, if any, would remain to be tried if the motion were granted. The parties shall also propose an agreed-upon briefing schedule.

3) After reviewing the parties' JPSR, the Court will either convene a further telephonic status conference pursuant to paragraph 7 of Appendix A or promulgate a scheduling order pursuant to paragraph 8 of Appendix A.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge