# In the United States Court of Federal Claims

PHILLIPS/MAY CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-47 C

Filed September 28, 2006

## ORDER

Pursuant to the Court's Order filed August 4, 2006, the parties submitted a Joint Preliminary Status Report ("JPSR") on September 21, 2006. In the JPSR, the parties state that defendant intends to seek summary judgment and that they agree that no discovery is necessary prior to such motion; the parties then propose a briefing schedule for defendant's summary judgment motion. The Court adopts the parties' briefing schedule and ORDERS:

1) Defendant shall file its motion for summary judgment on or before **October 27, 2006**.

2) Plaintiff shall file its response on or before **November 27, 2006**.

3) Defendant shall file its reply on or before **December 11, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge