# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIPS/ MAY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-47C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE PAPER APPENDIX

Defendant, the United States, respectfully requests leave to file paper versions of the original and two copies of the appendix to defendant's motion for summary judgment. This case is designated for electronic filing using the Court's CM/ECF system. The appendix accompanying defendant's motion for summary judgment is over 300 pages. It will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. Counsel for plaintiff has been contacted and does not oppose this motion. A paper copy of the appendix will be served upon plaintiff's counsel by overnight delivery.

For the foregoing reasons, defendant respectfully requests that the Court grant leave to file the paper versions (rather than the electronic versions) of the original and two copies of the appendix to defendant's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

TRACY M. HUMPHREY
Senior Trial Attorney
Naval Facilities Engineering Command
Washington Navy Yard, D.C. 20374-5051

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed
October 27, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 27th day of October, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE PAPER APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I certify under penalty of perjury that on this 27th day of October, 2006, I caused a paper copy of the Appendix, to be served by Federal Express upon plaintiff's counsel at the address below:

David A. Tomlinson, Esq.
5716 Tee Box Court
Granbury, Texas 76049
Tel: (817) 578-8199

s/Dawn S. Conrad