# In the United States Court of Federal Claims

PHILLIPS/MAY CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-47 C

Filed October 27, 2006

**ORDER**

On Friday, October 27, 2006, defendant requested leave of the Court to file paper versions of the appendix to its motion for summary judgment. Although this case is designated for electronic filing, the appendix exceeds 300 pages and, in electronic form, would exceed the two megabyte size limitation applicable to electronic files. *See* Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4. Counsel for defendant avers that counsel for plaintiff has no objection to the motion and that defendant will serve a paper copy of the appendix upon plaintiff's counsel by overnight delivery.

In light of the foregoing and pursuant to RCFC General Order 42A ¶ 4, defendant's motion is GRANTED and defendant is ORDERED to file paper versions of the original and two copies of the appendix to defendant's motion for summary judgment.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge