# In the United States Court of Federal Claims

**06-47 C**

**Filed: October 27, 2006**

**PHILLIPS/ MAY CORPORATION,**

**v.**

**THE UNITED STATES**

**APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.