# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIPS/MAY CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. **06-47**C |
| | § | |
| UNITED STATES OF AMERICA | § | (Judge Miller) |
| | § | |
| Defendant | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PAPER EXHIBITS**

Plaintiff, PHILLIPS/MAY CORPORATION, respectfully requests leave to file paper versions of the original and two copies of the Exhibit to Plaintiff's Response to Defendant's Motion for Summary Judgment. This case is designated for electronic filing using the Court's CM/ECF system. The Exhibit accompanying plaintiff's response is approximately 200 pages. It will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. Counsel for defendant has been contacted and does not oppose this motion. A paper copy of the Exhibit will be served upon defendant's counsel by overnight delivery.

For the foregoing reasons, plaintiff respectfully requests that the Court grant leave to file the paper versions (rather than the electronic versions) of the original and two copies of the Exhibit to Plaintiff's Response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

**s/David A. Tomlinson**

DAVID A. TOMLINSON
5716 Tee Box Court
Granbury, Texas 76049
817-578-8199
Attorney of Record for Plaintiff
PHILLIPS/MAY CORPORATION

electronically filed
November 27, 2006

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 27th day of November 2006, a copy of the foregoing "PLAINTIFF'S MOTION FOR LEAVE TO FILE PAPER EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I certify under penalty of perjury that on this 27th day of November 2006, I caused a paper copy of the Exhibit, to be served by United Parcel Service upon defendant's counsel at the address below:

Dawn S. Conrad, Trial Attorney
Commercial Litigation Branch
Civil Division, Dept. of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

**s/David A. Tomlinson**