# In the United States Court of Federal Claims

**No. 06-676 C**

**Filed: 11/28/2006**

**PHILLIPS/MAY CORPORATION,**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.