# In the United States Court of Federal Claims

| | |
|---|---|
| PHILLIPS/MAY CORPORATION, | No. 06-47 C |
| Plaintiff, | |
| v. | Filed November 28, 2006 |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

On Monday, November 27, 2006, plaintiff requested leave of the Court to file paper versions of the exhibit to plaintiff's response to defendant's motion for summary judgment. Although this case is designated for electronic filing, the exhibit is approximately 200 pages long and, in electronic form, would exceed the two megabyte size limitation applicable to electronic files. *See* Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4. Counsel for plaintiff avers that counsel for defendant has no objection to the motion and that plaintiff will serve a paper copy of the exhibit upon defendant's counsel by overnight delivery.

In light of the foregoing and pursuant to RCFC General Order 42A ¶ 4, plaintiff's motion is GRANTED and plaintiff is ORDERED to file paper versions of the original and two copies of the exhibit to plaintiff's response to defendant's motion for summary judgment and to serve one paper copy of the exhibit upon defendant's counsel by overnight delivery.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge