54331

Phillips/May corporation

September 10, 2003

Certified Mail: 7099 3400 0008 6680 2831

Armed Services Board of Contract Appeals
Skyline 6, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Phase II Delays
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for Phase II Delays in the amount of $95,260.18. P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785

duh

Phillips / May corporation

September 10, 2003

Certified Mail: 7099 3400 0008 6680 2824

Armed Services Board of Contract Appeals
Skyline 6, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Gas Line Delays
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for Gas Line Delays in the amount of $13,049.02. P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785

Phillips/May corporation

September 10, 2003

Certified Mail: 7099 3400 0008 6680 2817

Armed Services Board of Contract Appeals
Skyline 6, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Change Order Delay Costs
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for Change Order Delay Costs in the amount of $94,706.51. P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785

54348

Phillips / May corporation

September 29, 2003

Certified Mail: 7099 3400 0008 6680 2794

Armed Services Board of Contract Appeals
Skyline 6, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Changes to the Contract Concerning the Trade Agreement Act
And The North American Free Trade Agreement (NAFTA)
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for Changes to the Contract Concerning the Trade Agreement Act and The North American Free Trade Agreement (NAFTA). P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

G L Phillips

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785

 54549

Phillips/May corporation

September 29, 2003

Certified Mail: 7099 3400 0008 6680 2800

Armed Services Board of Contract Appeals
Skyline 6, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Differing Site Conditions Concerning Installation
of Underground Chilled Water Piping
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for Differing Site Conditions Concerning Installation of Underground Chilled Water Piping in the amount of $24,055.82. P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785

 54394

Phillips / May corporation

October 15, 2003

Certified Mail: 7099 3400 0008 6680 2770

Armed Services Board of Contract Appeals
Skyline 6, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Payment of Time Recognized in
Modification P00014
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for Payment of Time Recognized in Modification P00014 in the amount of $38,834.07. P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

PHILLIPS/MAY CORPORATION

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785

duh

 544 21

Phillips / May corporation

November 10, 2003

Certified Mail: 7099 3400 0008 6680 2657

Armed Services Board of Contract Appeals
Skyline Six, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Various Changes Made to the
Approved Final Design (Matrix)
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for additional costs for Various Changes Made to the Approved Final Design (Matrix) in the amount of $79,733.00. P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

PHILLIPS/MAY CORPORATION

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785

Coldren
54484

Phillips / May corporation

January 19, 2004

Certified Mail: 7099 3400 0008 6680 2534

Edward S. Adamkewicz, Recorder
Armed Services Board of Contract Appeals
Skyline Six
5109 Leesburg Pike
Falls Church, VA 22041-3208

Re: Appeal of Phillips/May Corporation
For Changes to the Foundation Reinforcing Steel
Under Contract No. N62467-01-D-0257
Religious Ministry Facility
Naval Air Station-Joint Reserve Base
Fort Worth, Texas

Dear Sirs:

Phillips/May Corporation (P/MC) hereby files its appeal because of the failure of the Contracting Officer to issue a final decision within 60 days from receipt of the request for a 60 day decision on our claim for additional costs for Changes to the Foundation Reinforcing Steel in the amount of $49,484.00 plus twenty-three (23) days. P/MC considers the failure to issue a timely final decision a denial of its claim.

Sincerely,

PHILLIPS/MAY CORPORATION

Gilbert L. Phillips, Vice President
Phillips/May Corporation

cc: Mary Dumas
David Tomlinson



4861 Sharp Street • Dallas, TX 75247 • 214-631-3331 • FAX 214-630-5607 • FAX 214-630-4785