**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PHILLIPS/MAY CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. **06-47**C |
| | § | |
| UNITED STATES OF AMERICA | § | (Judge Miller) |
| | § | |
| Defendant | § | |

**MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Phillips/May Corporation, respectfully submits this motion to file opposition out of time to defendant's motion to strike paragraphs 22 through 125 of plaintiff's proposed findings of uncontroverted fact filed on November 27, 2006. This relates to defendant's motion for summary judgment filed in this matter on October 27, 2006.

Plaintiff relied on the Court's order dated September 28, 2006 as allowing a single response to defendant's motion for summary judgment. Such response was timely filed on November 27, 2006. Further, plaintiff failed to observe the notice for a response to defendant's December 11, 2006 motion electronically filed.

Defendant's counsel has agreed to not oppose this out of time filing.

For these reasons, plaintiff respectfully requests that the Court grant our motion for leave to file opposition out of time.

Respectfully submitted,

______________________________

DAVID A. TOMLINSON
5716 Tee Box Court
Granbury, Texas 76049
817-578-8199
Attorney of Record for Plaintiff
PHILLIPS/MAY CORPORATION

Electronically filed
January 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2007, a copy of the foregoing "MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/David A. Tomlinson**