# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PHILLIPS/MAY CORPORATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-47 C<br><br>Filed April 24, 2007 |

**ERRATA**

Pursuant to Rule 60(a) of the Rules of the United States Court of Federal Claims, the Court, *sua sponte*, corrects the Opinion and Order filed April 19, 2007, in this case in the following respects:

On page 1 in the first paragraph: in the second line, change 2007 to 2006; in the fourth line, change 2007 to 2006; and in the sixth and last line, change 2007 to 2006.

Attached is a substitute page 1 of the Opinion and Order, which incorporates the foregoing corrections.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge

# In the United States Court of Federal Claims

No. 06-47 C
Filed April 19, 2007
TO BE PUBLISHED

| | |
|---|---|
| PHILLIPS/MAY CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | Motion for summary judgment, RCFC 56(c), appeal of decision by Contracting Officer, *res judicata*, claim preclusion, same transactional facts |

David A. Tomlinson, Granbury, TX, for plaintiff.

Dawn S. Conrad, Trial Attorney, Harold D. Lester, Jr., Assistant Director, David M. Cohen, Director, Peter D. Keisler, Assistant Attorney General, United States Department of Justice, Washington, D.C., for defendant. Tracy M. Humphrey, Senior Trial Attorney, Naval Facilities Engineering Command, of counsel.

## OPINION AND ORDER

GEORGE W. MILLER, Judge.

This matter is before the Court on defendant's motion for summary judgment. Defendant filed its motion for summary judgment ("Def.'s Mot.," docket entry 17) on October 27, 2006. Plaintiff Phillips/May Corporation filed its response to defendant's motion for summary judgment ("Pl.'s Resp.," docket entry 23) on November 27, 2006. Defendant filed its reply in support of its motion for summary judgment ("Def.'s Reply," docket entry 26) on December 11, 2006.

For the reasons set forth below, the Court grants defendant's motion for summary judgment.