ORIGINAL

FILED
JUN 25 2007
U.S. COURT OF FEDERAL CLAIMS

# Court of Federal Claims

Case Number 06-47 C

Phillips/May Corporation, Plaintiff,

v.

**NOTICE OF APPEAL**

United States, Defendant.

Notice is hereby given that **Phillips/May Corporation** in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the "**Opinion and Order**" entered in this action on April 19, 2007 (Errata dated April 24, 2007) and reconfirmed on May 3, 2007.

**David A. Tomlinson**
Attorney of Record for Appellant
Phillips/May Corporation
5716 Tee Box Court
Granbury, TX 76049
817-578-8199

# CERTIFICATE OF SERVICE

I hereby certify that on the 23re day of June, 2007, a copy of the foregoing "**NOTICE OF APPEAL**" was mailed via United Parcel Service (UPS) to:

Dawn S. Conrad, Trial Attorney
Civil Division
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

**David A. Tomlinson**
Attorney of Record for Appellant
Phillips/May Corporation
5716 Tee Box Court
Granbury, TX 76049
817-578-8199