# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
AUG 9 2007
U.S. COURT OF
FEDERAL CLAIMS

2007-5139

PHILLIPS/MAY CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
AUG 9 2007
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

08/09/07

cc: Clerk's Office, CFC
David A. Tomlinson
Dawn S. Conrad

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
AUG - 9 2007
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 08/09/07

PHILLIPS/MAY CORPORATION V US, 2007-5139
CFC - 06-CV-00047

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 8/9/07