ORIGINAL

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

FILED
AUG 13 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5139

PHILLIPS/MAY CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## ORDER

The court having received an updated certified list from the U.S. Court of Federal Claims, received on August 10, 2007, reflecting that the filing fee was paid on June 21, 2007,

IT IS ORDERED THAT:

(1) The order of dismissal issued August 9, 2007, is vacated, the mandate recalled, and the notice of appeal is reinstated.

(2) Appellant's brief is due within 60 days from the date of filing of this order.

FOR THE COURT

AUG 13 2007
Date

Jan Horbaly
Clerk

cc: Clerk's Office, CFC
David A. Tomlinson, Esquire
Dawn S. Conrad, Esquire

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
AUG 13 2007
JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 8/13/07

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-5139

PHILLIPS/MAY CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## O R D E R